DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. HARRIS

No. 302 PC.

Case below: 52 N.C. App. 735.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 October 1981.

STATE v. HOOPER

No. 310 PC.

Case below: 51 N.C. App. 711.

Application by defendant for further review denied 6 October 1981.

STATE v. KNOTTS

No. 4 PC.

Case below: 41 N.C. App. 767.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 6 October 1981.

STATE v. LOMBARDO

No. 259 PC.

No. 130 (Fall Term).

Case below: 52 N.C. App. 316.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 6 October 1981. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question denied 6 October 1981.

STATE v. McBRIDE

No. 262 PC.

Case below: 52 N.C. App. 378.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 October 1981.